UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20223-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**RUFINO ALBERTO GOURIYU URIANA**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on February 26, 2025 [ECF No. 156]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 156]** is **AFFIRMED AND ADOPTED**, and Defendant, Rufino Alberto Gouriyu Uriana's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 4th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid